**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FERGUSON, TERESA C | § | Case No. 15-35070 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 15, 2015. The undersigned trustee was appointed on October 15, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         287,280.49

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 47,953.27 |
| Bank service fees | 878.23 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 129,820.36 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 108,628.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/04/2016 and the deadline for filing governmental claims was 04/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,684.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,684.39, for a total compensation of $13,684.39.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2019          By: /s/THOMAS E. SPRINGER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-35070  
**Case Name:** FERGUSON, TERESA C  

**Period Ending:** 02/19/19

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 10/15/15 (f)  
**§341(a) Meeting Date:** 11/09/15  
**Claims Bar Date:** 03/04/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4879 Clay Street, Denver, CO 80221:<br>value per illow<br>Debtor owns 1/3 with her brother and sister | 124,866.50 | 50,000.00 | | 285,000.00 | FA |
| 2 | Rush Card-payroll debit card | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Residential lease Security Deposit | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Used Furnishings and Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Used Clothes | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance with MetLife thorugh work-no | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2015 Anticipated Tax Refund | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 Chrysler Sebring-142,000 Miles | 3,150.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Chrysler PT Cruiser-42,000 Miles (co-signer | 1,987.50 | 0.00 | | 0.00 | FA |
| 10 | Tax refund-Colorado  (u) | 2,045.00 | 2,045.00 | | 2,045.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$133,999.00** | **$52,045.00** | | **$287,045.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file any objections thereto if necessary and then proceed with preparation of the Final Report

**Initial Projected Date Of Final Report (TFR):**   June 15, 2018     **Current Projected Date Of Final Report (TFR):**   February 15, 2019

Printed: 02/19/2019 03:06 PM     V.14.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-35070 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | FERGUSON, TERESA C | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1466 - Checking Account |
| Taxpayer ID #: | **-***9840 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/19/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/13/18 | | Wadsworth Warner Conrardy, P.C. | | | | 259,613.86 | | 259,613.86 |
| | {1} | | Gross Sales Price | 285,000.00 | 1110-000 | | | 259,613.86 |
| | | Trelora Realty | Real Estate Commission (Agent for Seller) | -2,500.00 | 3510-000 | | | 259,613.86 |
| | | New Western Acquisitions | Real Estate Commission (Agent for Buyer) | -7,980.00 | 3510-000 | | | 259,613.86 |
| | | Denver County Treasurer | Real Estate Taxes | -2,159.91 | 2820-000 | | | 259,613.86 |
| | | Land Title Guarantee Company | Title Insurance | -1,468.00 | 2500-000 | | | 259,613.86 |
| | | Colorado Dept. of Rev. | Withholding and Transfer Taxes | -5,700.00 | 2500-000 | | | 259,613.86 |
| | | Land Title Guarantee Company | Recording Fees | -18.00 | 2500-000 | | | 259,613.86 |
| | | Denver Waste Water Management Division | Water & Sewer Charges | -30.23 | 2500-000 | | | 259,613.86 |
| | | Denver Water Dept. | Water & Sewer Charges | -600.00 | 2500-000 | | | 259,613.86 |
| | | Denver Water Dept. | Water & Sewer Charges | 70.00 | 2500-000 | | | 259,613.86 |
| | | | Seller Concession | -5,000.00 | 2500-000 | | | 259,613.86 |
| 07/20/18 | | Land Title Guarantee Company | Refund from closing of payment to water and sewer | | 1110-000 | 235.49 | | 259,849.35 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 224.17 | 259,625.18 |
| 08/17/18 | 101 | Trustee Resource Group | Real estate insurance (should have been paid at closing) | | 2420-000 | | 208.65 | 259,416.53 |
| 08/28/18 | 102 | Phyllis Bassemier | 25% owner of real estate sold pursuant to Order approving sale entered 6/22/18 | | 8500-000 | | 64,910.18 | 194,506.35 |
| 08/28/18 | 103 | Richard Chaney | 25% owner of real estate sold pursuant to Order approving sale entered 6/22/18 | | 8500-000 | | 64,910.18 | 129,596.17 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 385.85 | 129,210.32 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 152.46 | 129,057.86 |
| 10/17/18 | 104 | Illinois Department of Revenue | 2018 IL-1041-V | | 2820-000 | | 241.00 | 128,816.86 |
| 10/17/18 | 105 | United States Treasury | 2018 Form 1041 | | 2810-000 | | 4,562.00 | 124,254.86 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 115.75 | 124,139.11 |
| 12/07/18 | {10} | Office of the State Controller | Tax Refund | | 1224-000 | 2,045.00 | | 126,184.11 |
| 01/29/19 | 106 | THOMAS E. SPRINGER | Attorney fees pursuant to Order entered 1/18/19 | | 3110-000 | | 17,386.50 | 108,797.61 |
| 01/29/19 | 107 | THOMAS E. SPRINGER | Attorney expenses pursuant to Order entered 1/18/19 | | 3120-000 | | 135.06 | 108,662.55 |
| 02/19/19 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2019 FOR CASE #15-35070, yearly bond premium | | 2300-000 | | 33.92 | 108,628.63 |

Subtotals :   $261,894.35   $153,265.72

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-35070 | **Trustee:** | THOMAS E. SPRINGER (330640) | |
| **Case Name:** | FERGUSON, TERESA C | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******1466 - Checking Account | |
| **Taxpayer ID #:** | **-***9840 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 02/19/19 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 261,894.35 | 153,265.72 | $108,628.63 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 261,894.35 | 153,265.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$261,894.35** | **$153,265.72** | |

| | |
|---|---|
| Net Receipts : | 261,894.35 |
| Plus Gross Adjustments : | 25,386.14 |
| Net Estate : | $287,280.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1466** | 261,894.35 | 153,265.72 | 108,628.63 |
| | $261,894.35 | $153,265.72 | $108,628.63 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 4, 2016

**Case Number:** 15-35070  
**Debtor Name:** FERGUSON, TERESA C

Page: 1

**Date:** February 19, 2019  
**Time:** 03:06:17 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Wadsworth Warner Conrady, PC | Admin Ch. 7 | | $6,204.50 | $0.00 | 6,204.50 |
| 200 | Wadsworth Warner Conrady, PC | Admin Ch. 7 | | $356.35 | $0.00 | 356.35 |
| 200 | LOIS WEST, CPA<br>Kutchins, Robbins, & Diamond, Ltd.<br>1101 Perimeter Drive, Suite #760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $1,351.50 | $0.00 | 1,351.50 |
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 208687.74] | $13,684.39 | $0.00 | 13,684.39 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fee 17-00164 | $350.00 | $0.00 | 350.00 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $33.92 | $33.92 | 0.00 |
| ATTYEXP 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $135.06 | $135.06 | 0.00 |
| ATTYFEES 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $17,386.50 | $17,386.50 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured | | $777.34 | $0.00 | 777.34 |
| 2 610 | Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034 | Unsecured | | $5,702.39 | $0.00 | 5,702.39 |
| 3 610 | Lloyds Apartments<br>% Continental Collection Agency<br>PO Box 24022<br>Denver, CO 80224 | Unsecured | | $1,534.65 | $0.00 | 1,534.65 |
| 1I 640 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 2I 640 | Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 4, 2016

**Case Number:** 15-35070　　**Debtor Name:** FERGUSON, TERESA C

Page: 2

**Date:** February 19, 2019　**Time:** 03:06:17 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 3I 640 | Lloyds Apartments<br>% Continental Collection Agency<br>PO Box 24022<br>Denver, CO 80224 | Unsecured | | $0.00 | $0.00 | 0.00 |
| SURPLUS 650 | FERGUSON, TERESA C<br>640 PARKER AVE<br>AURORA, IL 60505 | Unsecured | | $78,592.75 | $0.00 | 78,592.75 |
| **<< Totals >>** | | | | 126,109.35 | 17,555.48 | 108,553.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-35070  
Case Name: FERGUSON, TERESA C  
Trustee Name: THOMAS E. SPRINGER  

**Balance on hand:** $ 108,628.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 108,628.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 13,684.39 | 0.00 | 13,684.39 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 17,386.50 | 17,386.50 | 0.00 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 135.06 | 135.06 | 0.00 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 1,351.50 | 0.00 | 1,351.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Fees: Wadsworth Warner Conrady, PC | 6,204.50 | 0.00 | 6,204.50 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 33.92 | 33.92 | 0.00 |
| Other Expenses: Wadsworth Warner Conrady, PC | 356.35 | 0.00 | 356.35 |

Total to be paid for chapter 7 administration expenses: $ 21,946.74  
Remaining balance: $ 86,681.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 86,681.89

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 86,681.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,014.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 777.34 | 0.00 | 777.34 |
| 2 | Credit Acceptance | 5,702.39 | 0.00 | 5,702.39 |
| 3 | Lloyds Apartments | 1,534.65 | 0.00 | 1,534.65 |

| | Total to be paid for timely general unsecured claims: | $ | 8,014.38 |
|---|---|---|---|
| | Remaining balance: | $ | 78,667.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 78,667.51 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                                Total to be paid for subordinated claims: **$**         0.00
                                Remaining balance: **$**         78,667.51

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $74.76. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 78,592.75.

**UST Form 101-7-TFR (05/1/2011)**