UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **FERGUSON, TERESA C** | ) | |
| | ) | Case No. 15-35070 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 8, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Janna L Quarless
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

**VIA REGULAR MAIL**

TERESA C. FERGUSON
1650 N, Marywood
#110
AURORA, IL 60505

Wadsworth Warner Conrady, PC
Lacey Bryan
2580 West Main Street
Suite 200
Littleton, CO 80120

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
1101 Perimeter Drive, Suite #760
Schaumburg, IL 60173

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034

Lloyds Apartments
% Continental Collection Agency
PO Box 24022
Denver, CO 80224

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000